CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case No.: 3:20-CV-06876-TSH |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| **SFO Airport Hospitality, Inc.**, a California Corporation; and Does 1- 10, | |
| Defendants. | |

  Per this Court's February 9, 2021, Order (Dkt. 14), the Parties hereby submit the following Joint Status Report regarding settlement:

  Approximately one month ago the Parties had finalized the Agreement. However, on March 5, 2021, Defendants pointed out an error and the Parties are now in process of re-revising the Agreement. The Agreement will likely be signed in the next week and the case will be dismissed shortly thereafter. Plaintiff intends to reopen the matter if it is not fully consummated within thirty (30) days.

Dated: March 5, 2021    CENTER FOR DISABILITY ACCESS

By: _____/s/    Amanda    Seabock_____
Amanda Seabock
Attorney for Plaintiff

Dated: March 5, 2021    GORDON REES SCULLY MANSUKHANI LLP

By: __/s/ Jan Buddingh, Jr.___
Jan Buddingh, Jr.
Attorney for Defendants
SFO Airport Hospitality, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jan Buddingh, Jr., counsel of SFO Airport Hospitality, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: March 5, 2021    CENTER FOR DISABILITY ACCESS

By: ___/s/ Amanda Seabock___
Amanda Seabock
Attorneys for Plaintiff